**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280
FAWN F. BEKAM, State Bar No. 307312
fbekam@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile: (949) 379-6251
Email: fbekam@aegislawfirm.com

Attorneys for Plaintiff Marvin Janis Morris

John Erin McOsker (SBN 169191)
E-mail: jmcosker@bwslaw.com
Daphne M. Anneet (SBN 175414)
E-mail: danneet@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
VOPAK TERMINAL LOS ANGELES INC. and
VOPAK TERMINAL LONG BEACH INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN JANIS MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>VOPAK TERMINAL LOS ANGELES INC.; VOPAK TERMINAL LONG BEACH INC,<br><br>Defendants. | Case No. 2:22-cv-06505-DSF-PVC<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S REMAINING CLAIMS** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marvin Janis Morris ("Plaintiff") and Vopak Terminal Los Angeles Inc. and Vopak Terminal Long Beach Inc. ("Defendants") hereby stipulate to the dismissal of all remaining claims in this action, with Plaintiff's individual claims dismissed with prejudice and Plaintiff's PAGA claim dismissed without prejudice.

Accordingly, the Parties respectfully request that the Court dismiss Plaintiff's individual claims with prejudice and PAGA claim without prejudice.

Dated: November 28, 2023

**AEGIS LAW FIRM, PC**

/s/Fawn F. Bekam
Fawn F. Bekam
Attorneys for Plaintiff Marvin Janis Morris

Dated: November 28, 2023

BURKE, WILLIAMS & SORENSEN, LLP

/s/ John Erin McOsker
John Erin McOsker
Daphne M. Anneet
Attorneys for Defendants
Vopak Terminal Los Angeles Inc. and Vopak Terminal Long Beach Inc.