JS-6

.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN JANIS MORRIS,<br><br>   Plaintiff,<br><br>   vs.<br><br>VOPAK TERMINAL LOS ANGELES INC.; VOPAK TERMINAL LONG BEACH INC,<br><br>   Defendants. | Case No. 2:22-cv-06505-DSF-PVC<br><br>**ORDER DISMISSING PLAINTIFF'S REMAINING CLAIMS** |

## ORDER

This matter came before the Court on the Parties' Stipulation of Dismissal of Plaintiff's Remaining Claims. The dismissal of Plaintiff's individual claims with prejudice and of Plaintiff's PAGA claim without prejudice is hereby GRANTED.

Dated: December 4, 2023

_____
Hon. Dale S. Fischer
UNITED STATES DISTRICT JUDGE